JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robin Wilson

**DEFENDANTS**
Monia Mallian, United States of America, United States Postal Service, John doe, ABC Corp. et al.

**(b)** County of Residence of First Listed Plaintiff: **Delaware**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Philadelphia**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stuart A. Winegrad, Esquire, Tel. 215-735-5599
1600 Market Street, Ste. 1610, Philadelphia, PA 19103

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1  U.S. Government Plaintiff
- [x] 2  U.S. Government Defendant
- [ ] 3  Federal Question (U.S. Government Not a Party)
- [ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*    Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | 368 Asbestos Personal Injury Product Liability | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | [x] 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | 362 Personal Injury - Medical Malpractice | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 863 DIWC/DIWW (405(g)) | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 864 SSID Title XVI | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | 865 RSI (405(g)) | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | 950 Constitutionality of State Statutes |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1  Original Proceeding
- [ ] 2  Removed from State Court
- [ ] 3  Remanded from Appellate Court
- [ ] 4  Reinstated or Reopened
- [ ] 5  Transferred from Another District *(specify)*
- [ ] 6  Multidistrict Litigation - Transfer
- [ ] 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C.2671
Brief description of cause:
personal injury and medical expenses

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY *(See instructions)*:
JUDGE _____    DOCKET NUMBER _____

DATE: 8/16/2022

SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**BEZARK LERNER & DEVIRGILIS, P.C.**
By: **Stuart A. Winegrad, Esquire**
Identification No.: 77502
1600 Market Street, Suite 1610
Philadelphia, PA 19103
(215) 735-5599

Attorney for Plaintiff

---

| | |
|---|---|
| ROBIN WILSON | UNITED STATE DISTRICT COURT |
| | EASTERN DISTRICT OF PENNSYLVANIA |
| VS. | Civil Action No. |
| MONIA MALLIAN, UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, JOHN DOE 1-10 AND ABC CORP. 1-10 (names being fictitious as true Identities are unknown as this time) | **COMPLAINT AND JURY DEMAND** |

Plaintiff, ROBIN WILSON, by and through the undersigned attorneys, alleges as follows:

## FIRST COUNT

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C.A. §§2671 et seq. This Court is vested with jurisdiction pursuant to 28 U.S.C.A. §1346(b).

2. Plaintiff, Robin Wilson, is a resident of Delaware County, Commonwealth of Pennsylvania, within the United States District Court, Eastern District of Pennsylvania. Venue is therefore proper in this Court

3. On August 17, 2022, Defendant, Monia Mallian (hereinafter referred to as "Defendant" or "Mallian"), was operating a United States Postal Service vehicle as an employee and agent of the United States Postal Service (USPS) within the course and scope of her employment.

4. Defendant, United States of America and United States Postal Service (hereinafter referred to as "Defendant" or "United States"), are responsible for the acts and omissions of Defendant, Monia Mallian and other agents of the United States Postal Service under the doctrine of

respondeat superior.

5. Fictitiously named Defendants herein, who are agents and employees of the United States Postal Service, were responsible for the training of Defendant, Monia Mallian, and were acting in the course and scope of their duties and employment and were negligent in failing to properly train Defendant, Monia Mallian, and were negligent in failing to promulgate and properly monitor and enforce safe driving procedures.

6. On or about August 17, 2020, Plaintiff, Robin Wilson was operating a motor vehicle at or near the intersection of Island Avenue and Enterprise Avenue in Philadelphia, Pennsylvania, when suddenly, and without warning, Defendant, Monia Mallian, while completing a U-turn caused the vehicle she was driving to come into collision with the vehicle being operated by Plaintiff, Robin Wilson, causing Plaintiff to suffer severe and serious injuries more particularly described herein below.

7. This accident resulted solely from the negligence and carelessness of the Defendants herein and was due in no manner whatsoever to any act or failure to act on the part of the Plaintiff.

8. At the time aforesaid, the negligence and carelessness of Defendant, Mallian, and, by operation of law, Defendant, United States of America and United States Postal Service, consisted of the following:

    (a) Operating the vehicle at a speed which was excessive under the circumstances;

    (b) Failing to maintain a proper lookout;

    (c) Failing to maintain proper and adequate control over the operation of the motor vehicle;

    (d) Operating the vehicle at a speed greater than would permit her to stop within the assured clear distance;

    (e)    Operating her vehicle without due regard for the rights, safety and position of the Plaintiff's vehicle at the point aforesaid;

    (f)    Failing to comply with the statutes and ordinances pertaining to vehicular traffic on the highways of the Commonwealth of Pennsylvania, including but not limited to **75 Pa.C.S.A. 3301 and 75 Pa.C.S.A. § 3331**;

    (g)    Failing to slow, stop or swerve her vehicle when she knew, or in the exercise of reasonable care should have known, that unless she did so, she would strike Plaintiff's vehicle; and

    9.    As a result of this accident, Plaintiff, Robin Wilson, has suffered injuries which are or may be serious and permanent, including, but not limited to, cervical sprain and strain with segmental dysfunction and pain, thoracic sprain and strain with segmental dysfunction and pain, lumbar sprain and strain with segmental dysfunction and pain, left shoulder sprain and strain, protrusion at T12-L1 and protrusion at L5-S1, muscle spasms, and other bruises, contusions and/or abrasions of various portions of her body; severe damage to her nerves and nervous system, and various other ills and injuries.

    10.    As a further result of this accident, Plaintiff, Robin Wilson, has been obliged to receive and undergo medical attention and care and to incur various expenses described in 75 Pa.C.S.A. 1701 et seq., for the injuries she suffered and she may be obliged to continue to expend such sums or incur such expenditures for an indefinite time in the future, for which a claim is hereby made.

    11.    As a further result of this accident, Plaintiff, Robin Wilson, has or may suffer a severe loss of earnings and impairment of earning capacity and power, which such loss of income and/or impairment of earning capacity or power has or may exceed the sum recoverable under the limitations in 75 Pa.C.S.A..§ 1701 et seq.

    12.    As a direct and reasonable result of the accident aforementioned, Plaintiff, Robin

Wilson has or may hereafter incur other and further financial expenses or losses which do or may exceed amounts to which she may otherwise be entitled to recover.

13. As a further result of the accident aforementioned, Plaintiff, Robin Wilson has suffered severe physical pain, mental anguish and humiliation and may continue to suffer same for an indefinite time in the future.

14. On or about February 7, 2022, Plaintiff submitted to the Chief Counsel, USPS National Torts Center, 1720 Market Street, Suite 2400, St. Louis, MO 63155, the proper claim for damages and injury in a completed and signed Standard Form 95, a copy of which is attached to this Complaint as Exhibit "A." The claim properly sets out the information required, including the nature and extent of Plaintiff's injuries, and was submitted in the amount of $75,000.00.

15. Defendants have refused, neglected and otherwise denied the claim by inaction.

WHEREFORE, Plaintiff, Robin Wilson demands judgment of the Defendants, jointly and/or severally or in the alternative for bodily injury damages including but not limited to medical costs, expenses, interest and costs of suit, and such other relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff demands trial by jury.

**BEZARK LERNER & DEVIRGILIS, P.C.**

BY: _____
**STUART A. WINEGRAD, ESQUIRE**
Attorney for Plaintiff

**EXHIBIT "A"**



# BEZARK LERNER & DE VIRGILIS pc

Brian R. Bezark
Eric I. Lerner
John DeVirgilis
Stuart A. Winegrad*

*ALSO MEMBER NJ BAR

Bruce W. Miller
OF COUNSEL

February 7, 2022

E-mail: *swinegrad@bldvlaw.com*

Chief Counsel, Torts
General Law Service Center
USPS National Tort Center
1720 Market St., Room 2400
St. Louis, MD  63155

**RE:**   **Our Client: Robin Wilson**
         **Date of Accident: 8/17/20**
         <u>**Accident Location: Island Ave. and Enterprise Ave., Philadelphia**</u>

Dear Sir/Madam:

Please be advised that this office has been retained to represent Ms. Robin Wilson in connection with the above-dated motor vehicle accident. Enclosed please find a completed and executed Claim for Damage, Injury, or Death (Standard Form 95) and demand for resolution.

For your review I have enclosed my client's items of special damages as follows:

1) Urgent Care Patient First                                    $   177.76
   8/19/20
   *OUTSTANDING BALANCE - $10.00*

2) Dr. Brett Cardonick – University City Med Center             $21,415.00
   8/27/20 – 5/20/21
   *OUTSTANDING BALANCE - $11,090.00*

3) Open MRI of Bala Cynwyd                                      $ 2,050.00
   1/14/21 – MRI Lumbar Spine
   *OUTSTANDING BALANCE - $2,050.00*

Chief Counsel, Torts
General Law Service Center
Re: Our Client: Robin Wilson
February 7, 2022 – Page Two

Also enclosed are copies of the Incident Report and the first-party benefit exhaustion letter from AAA Insurance. Claimant's demand in this case is $75,000.00.

I look forward to your response. Please do not hesitate to contact me with any questions or concerns.

Very truly yours,

STUART A. WINEGRAD

SAW/klm
Enclosures

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|---|
| 1. Submit to Appropriate Federal Agency: Chief Counsel, Torts General Law Service Center USPS National Tort Center 1720 Market St., Room 2400 St. Louis, MO 63155 | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. Robin Wilson c/o Stuart Winegrad, Esquire 1600 Market St., Ste. 1610 Philadelphia, PA 19103 | | |
| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 6/5/1964 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 8/17/2020 | 7. TIME (A.M. OR P.M.) 6:10 P.M. |

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Maria Mallian, while operating a US Postal Service vehicle, made a U-turn into the motor vehicle operated by Robin Wilson at the intersection of Island Avenue and Enterprise Avenue. See Incident Report.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Geraldine Wilson, 2121 Cobbs Creek Parkway, Philadelphia, PA 19142

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

None claimed by Robin Wilson.

10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Robin Wilson has sustained injuries including eccentric disc protrusion toward right neural foramen at L5/S1, cervical strain and sprain with segmental dysfunction and pain, thoracic strain and sprain with segmental dysfunction and pain, lumbar strain and sprain with segmental dysfunction and pain, left shoulder strain and sprain. Outstanding medical bills of $11,090.00.

11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Maria Mallian | Paschall Post Office, 7300 Lindbergh Blvd., Philadelphia, PA 19153 |
| Claimant | 806 Felton Avenue, Sharon Hill, PA 19079 |

12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| None claimed. | $75,000.00 | None. | $75,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). *[signature]* (attorney) | 13b. PHONE NUMBER OF PERSON SIGNING FORM 215-735-5599 | 14. DATE OF SIGNATURE 2/7/2022 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

# INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No

Geraldine Wilson
AAA Insurance, P.O. Box 24523, Oakland, CA 94623
Claim No.: 1003-89-7086

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [X] Yes [ ] No  **17. If deductible, state amount.**

AAA seeks to subrogate against the responsible party.

None.

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

N/A

**19. Do you carry public liability and property damage insurance?** [ ] Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [ ] No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

**(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| | | | | | | |
|---|---|---|---|---|---|---|
| 8-17-2021 | | N/A | | M/W/R | 6:15 6:15pm | Check if Hit-Run ☐ |

**SEVERITY:** Was Towing Required?
UNIT 1: ☐ YES ☑ NO  UNIT 2: ☐ YES ☑ NO

Number of Vehicles Involved: 2
Number Injured: 1
Number Killed: N-A

TO PROPERLY LOCATE ACCIDENTS, USE AS LANDMARKS; SR SEGMENT NUMBERS, MILEPOSTS; INTERSECTION OF TWO HIGH-WAYS; CITY, BOROUGH, TOWNSHIP, OR COUNTY LINES.

City - Borough - Township: Phila
At Intersection With: Island & Enterprise Ave. Phila PA

On: (Street Name or Highway Number) Island & Enterprise Avenue Phila PA
If Not At Intersection, Feet N S E W Of Station Marker - Intersection - Etc.

**MY VEHICLE NO. 1**

Operator's Name: Miss Robin Darlene Wilson
Address: 806 Felton Ave Sharon Hill PA 19079
Owner's Name: Miss Geraldine Elizabeth Wilson
Address: 2121 Cobbs Creek Parkway Phila PA 19142

Date of Birth: 6-5-1964
Operator's License Number and State: 20929171

Vehicle License Number and State: HBF 1361 - PA
Year: 2007  Make: Lincoln  Model: Towncar
PA TITLE OR OUT-OF-STATE VIN: 66493103201 WI

USE THE FOLLOWING SECTION TO RECORD VEHICLE NUMBER 2, PEDESTRIAN, OR OTHER PROPERTY

**OTHER**

Operator's Name: Miss Monia Mallian
Address: 
Owner's Name: US Postal Service
Address: Paschall Post Office #B 7300 Lindbergh Blvd Phila Pa 19153

Date of Birth: 
Operator's License Number and State: 
Vehicle License Number and State: 7422610
Year:  Make:  Model: 
PA TITLE OR OUT-OF-STATE VIN: 
Check if State Owned Property ☐

Description of Damaged Property:

IF MORE VEHICLES/PEDESTRIANS/OCCUPANTS ARE INVOLVED USE ADDITIONAL REPORTS.

| NAME | AGE | SEX | VEH NO | INJURY TYPE | SEATING POSITION | ACTIVE RESTRAINT | PASSIVE RESTRAINT |
|---|---|---|---|---|---|---|---|
| Robin Wilson | 56 | F | #1 | 3 | 1 | 3 | 2 |
| Monia Mallian | | F | #2 | 9 | 1 | 9 | 1 |

**INJURY CLASS**
0 - No Injury
1 - Death
2 - Major Injury
3 - Moderate Injury
4 - Minor Injury
9 - Unknown

**POSITION**
1 - Driver
2-6 - Passenger
7 - Pedestrian
8 - Other

**ACTIVE RESTRAINT**
0 - None
1 - Shoulder Harness Only
2 - Seat Belt Only
3 - Combination (Harness & Belt)
4 - Child Restraint
7 - Motorcycle Helmet
8 - Other
9 - Unknown

**PASSIVE RESTRAINT**
0 - None or Pedestrian
1 - Airbag (Deployed)
2 - Airbag (Not Deployed)
3 - Automatic Seat Belt
8 - Other
9 - Unknown

**Insurance Information Unit 1**
Company: CSAA General Insurance
Policy No.: PASS-2027567740

**Insurance Information Unit 2**
Company: 
Policy No.:

**FedEx**

August 17, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 816847218498

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | K.IM | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | SAINT LOUIS, MO, |
| | | **Delivery date:** | Feb 10, 2022 12:04 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 816847218498 | **Ship Date:** | Feb 7, 2022 |
| | | **Weight:** | |

| **Recipient:** | **Shipper:** |
|---|---|
| SAINT LOUIS, MO, US, | PHILADELPHIA, PA, US, |

**Reference**      WILSON ROBIN 8/17/20

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

**FedEx**

Thank you for choosing FedEx



# BEZARK LERNER & DE VIRGILIS pc

Brian R. Bezark
Eric I. Lerner
John DeVirgilis
Stuart A. Winegrad*

*ALSO MEMBER NJ BAR

Bruce W. Miller
OF COUNSEL

February 7, 2022

E-mail: *swinegrad@bldvlaw.com*

Chief Counsel, Torts
General Law Service Center
USPS National Tort Center
1720 Market St., Room 2400
St. Louis, MD 63155

**RE:   Our Client: Robin Wilson
Date of Accident: 8/17/20
<u>Accident Location: Island Ave. and Enterprise Ave., Philadelphia</u>**

Dear Sir/Madam:

Please be advised that this office has been retained to represent Ms. Robin Wilson in connection with the above-dated motor vehicle accident. Enclosed please find a completed and executed Claim for Damage, Injury, or Death (Standard Form 95) and demand for resolution.

For your review I have enclosed my client's items of special damages as follows:

1) Urgent Care Patient First                           $     177.76
   8/19/20
   ***OUTSTANDING BALANCE - $10.00***

2) Dr. Brett Cardonick – University City Med Center    $21,415.00
   8/27/20 – 5/20/21
   ***OUTSTANDING BALANCE - $11,090.00***

3) Open MRI of Bala Cynwyd                             $ 2,050.00
   1/14/21 – MRI Lumbar Spine
   ***OUTSTANDING BALANCE - $2,050.00***

Chief Counsel, Torts
General Law Service Center
Re: Our Client: Robin Wilson
February 7, 2022 – Page Two


Also enclosed are copies of the Incident Report and the first-party benefit exhaustion letter from AAA Insurance. Claimant's demand in this case is $75,000.00.

    I look forward to your response. Please do not hesitate to contact me with any questions or concerns.

                                  Very truly yours,

                                  STUART A. WINEGRAD


SAW/klm
Enclosures

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit to Appropriate Federal Agency: | 2. Name, address of claimant, and claimant's personal representative if any. (See instructions on reverse). Number, Street, City, State and Zip code. |
|---|---|
| Chief Counsel, Torts<br>General Law Service Center<br>USPS National Tort Center<br>1720 Market St., Room 2400<br>St. Louis, MO 63155 | Robin Wilson<br>c/o Stuart Winegrad, Esquire<br>1600 Market St., Ste. 1610<br>Philadelphia, PA 19103 |

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>6/5/1964 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>8/17/2020 | 7. TIME (A.M. OR P.M.)<br>6:10 P.M. |
|---|---|---|---|---|

8. BASIS OF CLAIM (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Maria Mallian, while operating a US Postal Service vehicle, made a U-turn into the motor vehicle operated by Robin Wilson at the intersection of Island Avenue and Enterprise Avenue. See Incident Report.

### 9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Geraldine Wilson, 2121 Cobbs Creek Parkway, Philadelphia, PA 19142

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

None claimed by Robin Wilson.

### 10. PERSONAL INJURY/WRONGFUL DEATH

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Robin Wilson has sustained injuries including eccentric disc protrusion toward right neural foramen at L5/S1, cervical strain and sprain with segmental dysfunction and pain, thoracic strain and sprain with segmental dysfunction and pain, lumbar strain and sprain with segmental dysfunction and pain, left shoulder strain and sprain. Outstanding medical bills of $11,090.00.

### 11. WITNESSES

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| Maria Mallian | Paschall Post Office, 7300 Lindbergh Blvd., Philadelphia, PA 19153 |
| Claimant | 806 Felton Avenue, Sharon Hill, PA 19079 |

### 12. (See instructions on reverse). AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| None claimed. | $75,000.00 | None. | $75,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| *[signature]* (attorney) | 215-735-5599 | 2/7/2022 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property.

**15. Do you carry accident insurance?** [X] Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   [ ] No

Geraldine Wilson
AAA Insurance, P.O. Box 24523, Oakland, CA 94623
Claim No.: 1003-89-7086

| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No | 17. If deductible, state amount. |
|---|---|
| AAA seeks to subrogate against the responsible party. | None. |

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).**

N/A

**19. Do you carry public liability and property damage insurance?** [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   [ ] No

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK

| | | | | |
|---|---|---|---|---|
| Date of Accident (Month - Day - Year) 8-17-2021 | County Phila | Day of Week Wed | Hour (AM - PM) 6:18 PM | Check if Hit-Run ☐ |

**SEVERITY**: Was Towing Required?
UNIT 1: ☐ YES ☑ NO   UNIT 2: ☐ YES ☑ NO

Number of Vehicles Involved: 2
Number Injured: 1
Number Killed: N-A

**LOCATION**
TO PROPERLY LOCATE ACCIDENTS, USE AS LANDMARKS; SR SEGMENT NUMBERS, MILEPOSTS; INTERSECTION OF TWO HIGHWAYS; CITY, BOROUGH, TOWNSHIP, OR COUNTY LINES.

City - Borough - Township: Phila
At Intersection With: Island & Enterprise Ave Phila PA

On: (Street Name or Highway Number) Island & Enterprise Avenue Phila PA

## MY VEHICLE - NO 1

Operator's Name: Miss Robin Darlene Wilson
Address: 806 Felton Ave Sharon Hill PA 19079
Owner's Name: Geraldine Elizabeth Wilson
Address: 2121 Cobbs Creek Parkway Phila PA 19142

Vehicle License Number: HBF1361 - PA
Year: 2007   Make: Lincoln   Model: Town Car
PA TITLE OR OUT-OF-STATE VIN: 66493103201 WI

USE THE FOLLOWING SECTION TO RECORD VEHICLE NUMBER 2, PEDESTRIAN, OR OTHER PROPERTY

## OTHER

Operator's Name: Miss Monia Mallian
Owner's Name: US Postal Service
Address: Paschall Post Office 7300 Lindbergh Blvd Phila PA 19153

Vehicle License Number: 7422610

Description of Damaged Property:

## PERSONS INVOLVED

| NAME | AGE | SEX | VEH NO | INJURY TYPE | SEATING POSITION | ACTIVE RESTRAINT | PASSIVE RESTRAINT |
|---|---|---|---|---|---|---|---|
| Robin Wilson | 56 | F | #1 | 3 | 1 | 3 | 2 |
| Monia Mallian | | F | #2 | 9 | 1 | 9 | 1 |

**INJURY CLASS**
0 - No Injury
1 - Death
2 - Major Injury
③ - Moderate Injury
4 - Minor Injury
9 - Unknown

**POSITION**
① - Driver
2-6 - Passenger
7 - Pedestrian
8 - Other

**ACTIVE RESTRAINT**
0 - None
① - Shoulder Harness Only
2 - Seat Belt Only
③ - Combination (Harness & Belt)
4 - Child Restraint
7 - Motorcycle Helmet
8 - Other
9 - Unknown

**PASSIVE RESTRAINT**
0 - None or Pedestrian
① - Airbag (Deployed)
② - Airbag (Not Deployed)
3 - Automatic Seat Belt
8 - Other
9 - Unknown

**Insurance Information Unit 1**
Company: CSAA General Insurance
Policy No.: PASS-202756740

**Insurance Information Unit 2**
Company:
Policy No.:



**FedEx Express Package US Airbill**

FedEx Tracking Number: 8168 4721 8498
Form ID No.: 0215

**From** (Please print and press hard.)
Date: 2/7/22
Sender's FedEx Account Number: 1085-0953-8
Sender's Name: Stuart Winegrad
Phone: 215 735 5599
Company: BEZARK LERNER & DEVIRGILIS PC
Address: 1600 MARKET ST STE 1610
City: PHILADELPHIA  State: PA  ZIP: 19103-7240
Your Internal Billing Reference: WILSON, ROBIN 8/17/20

**To**
Recipient's Name: Chief Counsel, Torts (General Law Service Center)
Company: USPS National Tort Center
Address: 1720 Market St, Ste 2400
Address (HOLD): St. Louis
City: St. Louis  State: MD  ZIP: 63155

0137598999


Shipping online just got easier. Go to fedex.com/lite

**4 Express Package Service** *To most locations.
- FedEx First Overnight
- FedEx Priority Overnight
- FedEx Standard Overnight
- FedEx 2Day A.M.
- FedEx 2Day
- [X] FedEx Express Saver

**5 Packaging** *Declared value limit $500.
- [X] FedEx Envelope*
- FedEx Pak*
- FedEx Box
- FedEx Tube
- Other

**6 Special Handling and Delivery Signature Options**
- Saturday Delivery
- No Signature Required
- [X] Direct Signature
- Indirect Signature

Does this shipment contain dangerous goods?
- [X] No
- Yes As per attached Shipper's Declaration
- Yes Shipper's Declaration not required
- Dry Ice, 9, UN 1845 ___ x ___ kg
- Cargo Aircraft Only

**7 Payment** Bill to:
- [X] Sender Acct. No. in Section 1 will be billed
- Recipient
- Third Party

FedEx Acct. No.
Total Packages ___  Total Weight ___ lbs.  Total Declared Value $ ___ .00

611

Rev. Date 3/19 • Part #163134 • ©1994-2019 FedEx • PRINTED IN U.S.A.

**FedEx**

August 17, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 816847218498

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | |
| **Signed for by:** | K.IM | **Delivery Location:** | |
| **Service type:** | FedEx Express Saver | | |
| **Special Handling:** | Deliver Weekday | | SAINT LOUIS, MO, |
| | | **Delivery date:** | Feb 10, 2022 12:04 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 816847218498 | **Ship Date:** | Feb 7, 2022 |
| | | **Weight:** | |
| **Recipient:** | | **Shipper:** | |
| SAINT LOUIS, MO, US, | | PHILADELPHIA, PA, US, | |

**Reference**   WILSON ROBIN 8/17/20

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx